WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

Attorneys for Plaintiffs

[Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HUGH JOHN TULLY and PENELOPE CAROL TULLY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, SCHWAB INVESTMENTS, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK, and GEORGE PEREIRA,<br><br>Defendants. | Case No. 08-CV-2878 WHA<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>CRTRM.:   9<br>JUDGE:    Hon. William Alsup |

1  WHEREAS the above-captioned action ("Tully Action") was transferred to this Court from the United States District Court for the Southern District of New York;

WHEREAS approximately eight other actions, at least seven of which are identical to the Tully Action, have been commenced and are presently pending before this Court;

WHEREAS at least eight of these actions including the Tully Action are brought pursuant to the Federal Securities Laws and are governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(b)(3)(B);

WHEREAS plaintiffs in the Tully Action have not made a motion to be appointed lead plaintiffs, and no other lead plaintiff motion has been made by the attorneys in the Tully Action on behalf of other potential class members; and

WHEREAS plaintiffs/potential class members in at least two of the other identical actions have made and have pending motions to be appointed lead plaintiff, so that the legal interests of the plaintiffs in the Tully Action will be fully protected;

NOW, THEREFORE, Plaintiffs in the Tully Action, by their undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismiss this action, without prejudice.

Dated: June 24, 2008

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT

*/s/ Betsy C. Manifold*
BETSY C. MANIFOLD

750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
DANIEL W. KRASNER
ROBERT B. WEINTRAUB

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1) (A) (i) OF THE FEDERAL RULES OF CIVIL PROCEDURE - Case No. 08-cv-2878-WHA

1

|   |   |
|---|---|
| 1 | 270 Madison Avenue |
| 2 | New York, New York 10016 |
|   | Telephone:  212/545-4600 |
| 3 | Facsimile:   212/545-4653 |
| 4 | Attorneys for Plaintiffs Hugh John Tully and |
|   | Penelope Carol Tully |
| 5 |   |
| 6 | Of Counsel: |
|   | Salon, Marrow, Dyckman |
| 7 |   & Newman LLP |
|   | John Paul Fulco (JF 2168) |
| 8 | 292 Madison Avenue |
|   | New York, NY  10017 |
| 9 | Telephone:    212/661-7100 |

(Lines 10–28 blank)

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1) (A) (i) OF
THE FEDERAL RULES OF CIVIL PROCEDURE - Case No. 08-cv-2878-WHA

2

# DECLARATION OF SERVICE

I, Marta Stasik, the undersigned, declare:

1.   That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; and that declarant's business address is 750 B Street, Suite 2770, San Diego, California, 92101.

2.   That on June 24, 2008, declarant served

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

via CM/ECF to the parties listed on the attached service list.

3.   That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of June 2008, at San Diego, California.

_____
MARTA STASIK

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1) (A) (i) OF THE FEDERAL RULES OF CIVIL PROCEDURE - Case No. 08-cv-2878-WHA

3

CHARLES SCHWAB CORPORATION
Service List – June 24, 2008
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
    619/239-4599
    619/234-4599 (fax)
manifold@whafh.com

Daniel W. Krasner
Robert B. Weintraub
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
    212/545-4600
    212/545-4653 (fax)
krasner@whafh.com
weintraub@whafh.com

David S. Nalven
HAGENS BERMAN SOBOL
 SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
    617/482-3700
    617/482-3003 (fax)
davidn@hbsslaw.com

Reed R. Kathrein
HAGENS BERMAN SOBOL
 SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
    510725-3000
    510/725-3001 (fax)
reed@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL
 SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
    206/623-7292
    206/623-0594 (fax)
steve@hbsslaw.com

John P. Fulco
SALON, MARROW, DYCKMAN
 & NEWMAN LLP
292 Madison Avenue
New York, NY 10017
    212/661-7100

David A. Rosenfeld
Mario Alba, Jr.
Mark S. Reich
Samuel H. Rudman
COUGHLIN STOIA GELLER RUDMAN
 & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
    631/367-7100
    631/367-1173 (fax)
malba@csgrr.com
mreich@csgrr.com
srudman@csgrr.com

Sean H. Handler
Steven D. Resnick
SCHIFFRIN BARROWAY TOPAZ
 & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
    610/667-7706
    610/667-7056 (fax)
ecf_filings@sbtklaw.com

Jeffrey A. Berens
DYER & BERENS LLP
682 Grant Street
Denver, CO 80203-3507
    303/861-1764
    303/395-0393 (fax)

CHARLES SCHWAB CORPORATION
Service List – June 24, 2008
Page 2

COUNSEL FOR DEFENDANTS

Craig D. Martin
Kevin A. Calia
Stuart C. Plunkett
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
    415/268-6145
    415/268-7522 (fax)
cmartin@mofo.com
kcalia@mofo.com
splunkett@mofo.com

Darryl P. Rains
Thomas R. Plummer
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
    650/813-5600
    650/494-0792 (fax)
drains@mofo.com
tplummer@mofo.com

Matthew M. D'Amore
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
    212/468-8000
    212/903-7820 (fax)
mdamore@mofo.com